IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

NICHAELA PENNER                                          PLAINTIFF

vs.                        No. 4:17-cv-659-BRW

JESSE W. GRISHAM POST NO. 2259, VETERANS          DEFENDANT
OF FOREIGN WARS OF THE UNITED STATES, INC.

## CONSENT JUDGMENT

NOW before this Court is Plaintiff's Complaint against Defendant Jesse W. Grisham Post No. 2259, Veterans of Foreign Wars of the United States, Inc. After reviewing all the pleadings and the parties' agreement, this Court finds, orders and decrees as follows:

1. This Court has subject matter jurisdiction, and venue is proper.

2. On October 12, 2017, Plaintiff Nichaela Penner (hereinafter "Plaintiff") filed her complaint herein against Defendant Jesse W. Grisham Post No. 2259, Veterans of Foreign Wars of the United States, Inc. (hereinafter "Defendant").

3. Plaintiff's Complaint states a claim for unpaid overtime compensation.

4. Defendant filed its Answer on November 06, 2017.

5. Defendant has since admitted responsibility for $16,811.26 owed to Plaintiff, as well as reasonable attorneys' costs and fees of $7,188.74, for a total amount owed of $24,000.00.

6. Plaintiff is entitled to judgment against Defendant.

7. Upon agreement of the parties, execution and garnishment upon this judgment shall be stayed as long as the following payment schedule is followed: Defendant shall make one payment to Plaintiff for $5,000.00 on or before November 7, 2018, followed by payments to Plaintiff of $750.00 per month, beginning December 1, 2018, continuing until the full amount of $24,000.00 has been paid in full.

8. Payments shall be made directly to Plaintiff's attorneys by sending cash, check or money order to:

Sanford Law Firm, PLLC
P.O. Box 39
Russellville, Arkansas 72811

9. Plaintiff agrees to hold other collection of this judgment in abeyance so long as payments are received as set forth above. No interest shall accrue unless Defendant misses a payment for longer than thirty days.

10. If the payment schedule set forth in paragraph seven (7) above is not followed, Plaintiff is entitled to accelerate the entire amount of debt and can immediately execute on this judgment. If the payment schedule set forth above is not followed, Plaintiff can satisfy this judgment by writs of execution and/or attachment of the property of Defendant, without limitation. Additionally, should

Defendant fail to make timely payments, the entire amount of the debt immediately becomes due and payable.

WHEREFORE, it is considered ordered and adjudged that Plaintiff Nichaela Penner has judgment over and against Defendant Jesse W. Grisham Post No. 2259, Veterans of Foreign Wars of the United States, Inc., for $16,811.26 owed to Plaintiff, as well as reasonable attorneys' costs and fees of $7,188.74, for a total amount owed of $24,000.00, to be held in abeyance as set forth herein above. Defendants shall abide by the terms of the payment plan as provided.

**IT IS SO ORDERED.**

HON. BILLY ROY WILSON
**UNITED STATES DISTRICT JUDGE**

DATE: ~~November ___, 2018~~
April 8, 2019

**AGREED:**

NICHAELA PENNER
Date: ~~November~~ December 5, 2018

On behalf of Jesse W. Grisham Post No. 2259,
Veterans of Foreign Wars of the United States, Inc.

Date: November 10, 2018